IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 04 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO. 3:15cr56 DCB-FKB

LEN ARTHUR BRACEY                                        18 U.S.C. 922(g)(1)

**The Grand Jury charges:**

That on or about December 29, 2013, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **LEN ARTHUR BRACEY**, having been convicted on or about October 19, 2004, in the United States District Court for the Southern District of Mississippi, Criminal Cause Number 3:04cr45, of the crime of Possession with Intent to Distribute Cocaine Base, a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is, a Charter Arms Bulldog, .44 caliber revolver, serial number 81744, which had been previously transported in interstate commerce.

All in violation of Section 922(g)(1) and 924(a)(2), Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

1) Charter Arms Bulldog, .44 Special Caliber Revolver, serial number 81744.

2) Mossberg Maverick, 12 gauge pump shotgun, serial MV88570K.

3) .400 caliber ammunition (live rounds)

4) Brown Handgun case containing assorted ammunition of 12 gauge shotgun ammunition (live rounds), .30-.30 caliber ammunition (live rounds), 9mm caliber ammunition (live rounds) and 9mm Black magazine case.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d), Title 18, United States Code.

_/s/ Darren J. LaMarca for_
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 4th day AUGUST, 2013.

_____
UNITED STATES MAGISTRATE JUDGE