IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:15cr56 DCB-FKB

LEN ARTHUR BRACEY, JR.

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the Government's Motion for a Preliminary Order of Forfeiture [22]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on October 4, 2016, the defendant, **LEN ARTHUR BRACEY, JR.**, pled guilty to the single count Indictment; and

WHEREAS, as a result of the guilty plea to the single count Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 924(d), defendant **LEN ARTHUR BRACEY, JR.** shall forfeit to the United States all property that was used, or was intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses listed in the Indictment; and

WHEREAS, based on the evidence set forth during the plea colloquy, the Court finds that the **Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV88570K; Charter Arms Bulldog Revolver CAL:44 SN:281744, 10 Rounds Assorted Ammunition CAL:12; 1 black magazine for 9 mm caliber ammunition; 3 Rounds Unknown manufacturer Ammunition CAL:30-30; 7 Rounds Unknown manufacturer Ammunition CAL:9; and 5 Component Assorted Ammunition CAL:40** are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2, and that the defendant has an interest in such property and that the Government has established the requisite nexus between such property and such offenses.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant **LEN ARTHUR BRACEY, JR.** should forfeit to the United States, pursuant to 18 U.S.C. § 924(d), the **Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV88570K; Charter Arms Bulldog Revolver CAL:44 SN:281744, 10 Rounds Assorted Ammunition CAL:12; 1 black magazine for 9 mm caliber ammunition; 3 Rounds Unknown manufacturer Ammunition CAL:30-30; 7 Rounds Unknown manufacturer Ammunition CAL:9; and 5 Component Assorted Ammunition CAL:40**; and

IT IS FURTHER ORDERED that the United States shall publish notice of the order and its intent to dispose of the property in such a manner as the United States Attorney General may direct and may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the property being forfeited; and

IT IS FURTHER ORDERED, that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall be made part of the sentence and included in the Judgment; and

IT IS FURTHER ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2.

SO ORDERED, ADJUDGED, AND DECREED this, the <u>13th</u> day of <u>February</u>, 2017.

                                              s/David Bramlette
                                              UNITED STATES DISTRICT JUDGE