IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15cr56 DCB-FKB

LEN ARTHUR BRACEY, JR.

### FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture (Mot. for a Final Order of Forfeiture, ECF No. 39). Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on February 13, 2017, this Court entered a Preliminary Order of Forfeiture (Prelim. Order of Forfeiture, ECF No. 26) ordering Defendant **LEN ARTHUR BRACEY, JR.** to forfeit the **Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV88570K; Charter Arms Bulldog Revolver CAL:44 SN:281744, 10 Rounds Assorted Ammunition CAL:12; 1 black magazine for 9 mm caliber ammunition; 3 Rounds Unknown manufacturer Ammunition CAL:30-30; 7 Rounds Unknown manufacturer Ammunition CAL:9; and 5 Component Assorted Ammunition CAL:40**; and

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, the government attempted to notice the only known potential claimant; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendants had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Maverick Arms (Eagle Pass, TX) 88 Shotgun CAL:12 SN:MV88570K; Charter Arms Bulldog Revolver CAL:44 SN:281744, 10 Rounds Assorted Ammunition CAL:12; 1 black magazine for 9 mm caliber ammunition; 3 Rounds Unknown manufacturer Ammunition CAL:30-30; 7 Rounds Unknown manufacturer Ammunition CAL:9; and 5 Component Assorted Ammunition CAL:40** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 31st day of August, 2017.

s/David Bramlette
UNITED STATES DISTRICT JUDGE